ACCEPTED
03-15-00025-CV
7976640
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/24/2015 3:16:21 PM
JEFFREY D. KYLE
CLERK

No. 03-15-00025-CV

In The Court of Appeals

For The Third Court of Appeals District

Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
/24/2015 3:16:21 PM
JEFFREY D. KYLE
Clerk

**APPELLANTS, LAKEWAY REGIONAL MEDICAL CENTER, LLC AND SURGICAL DEVELOPMENT PARTNERS, LLC// CROSS-APPELLANT, LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS SPECIALTY HOSPITAL, LLC**

**v.**

**APPELLEES, LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS SPECIALTY HOSPITAL, LLC// CROSS-APPELLEES, LAKEWAY REGIONAL MEDICAL CENTER, LLC, SURGICAL DEVELOPMENT PARTNERS, LLC, BRENNAN, MANNA, & DIAMOND, LLC AND FRANK T. SOSSI**

ON APPEAL FROM THE 345TH JUDICIAL DISTRICT COURT, TRAVIS COUNTY, TEXAS
CAUSE NO. D-1-GN-12-000983

**APPELLANTS LAKEWAY REGIONAL MEDICAL CENTER, LLC'S AND SURGICAL DEVELOPMENT PARTNERS, LLC'S AND CROSS-APPELLANT LAKE TRAVIS TRANSITIONAL LTCH, LLC N/K/A LAKE TRAVIS SPECIAL HOSPITAL, LLC'S JOINT FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANTS' AND CROSS-APPELLANT'S REPLY BRIEFS**

TO THE HONORABLE COURT OF APPEALS:

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants Lakeway Regional Medical Center, LLC ("LRMC") and Surgical Development Partners, LLC ("SDP") and Cross-Appellant Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, LLC ("LTT")

54267812

1

(collectively, "Parties") timely file this ***Joint*** Motion to Extend Time to File Their Appellants' and Cross-Appellant's Reply Briefs.

The Parties' Reply Briefs are currently due on Thursday, December 10, 2015. The Parties seek a 30-day extension, making their Reply Briefs due on Monday, January 11, 2016.

This is the Parties' first request for an extension of time to file their Reply Briefs.

## REASONS FOR REQUEST

LTT's appellee's brief and LRMC's and SDP's cross-appellees' briefs were filed on November 20, 2015. Because of the complexity of the issues raised in this case, those briefs are extensive. The Parties need additional time to analyze the arguments set forth in the respective briefs.

Due to the foregoing, the upcoming holidays and other commitments, the Parties request an extension of time within which to file their Reply Briefs.

Also, the Parties have consistently filed their briefs simultaneously in this cause and would like to do so again.

LRMC's counsel is also in the midst of preparing an Appellee's brief in a case pending before the United States Court of Appeals for the Fifth Circuit, entitled *Robert A. King, Appellant v. YRC Worldwide, Inc., Appellee*, No. 15-10888.

This request is not sought for delay only but so that justice may be done.

This motion is unopposed.

**PRAYER FOR RELIEF**

WHEREFORE, PREMISES CONSIDERED, Appellants Lakeway Regional Medical Center, LLC and Surgical Development Partners, LLC and Cross-Appellant Lake Travis Transitional LTCH, LLC n/k/a Lake Travis Specialty Hospital, LLC ask that this Court grant this, their *First **Joint** Motion for Extension of Time to File Their Appellants' and Cross-Appellant's Reply Briefs*, and extend the deadline thirty (30) days, to Monday, January 11, 2016, and for such further relief to which they may be entitled.

Respectfully submitted,

NORTON ROSE FULBRIGHT US LLP

By: _____*/s/ Jeff Cody*_____
      Jeff Cody
      State Bar No. 04468960
      jeff.cody@nortonrosefulbright.com
      Barton W. Cox
      State Bar No. 2406508
      beau.cox@nortonrosefulbright.com
      James V. Leito IV
      State Bar No. 24054950
      james.leito@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8000
Telecopier: (214) 855-8200

and

NORTON ROSE FULBRIGHT US LLP
    Joy M. Soloway
    State Bar No. 18838700
    joy.soloway@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX 77010
Telephone:  (713) 651-5151
Telecopier:  (713) 651-5246

*Counsel for Appellant/Cross-Appellee*
*Lakeway Regional Medical Center, LLC*

and

WRIGHT & CLOSE, LLP
    Jessica Z. Barger
    barger@wrightclose.com
    State Bar No. 24032706
    Raffi O. Melkonian
    melkonian@wrightclose.com
    State Bar No. 24090587
One Riverway, Suite 2200
Houston, TX 77056
Telephone:  (713) 572-4321
Telecopier:  (713) 572-4320
*Counsel for Appellant/Cross-Appellee*
*Surgical Development Partners, LLC*

and

SCOTT, DOUGLASS &MCCONNICO, LLP

Jane M.N. Webre
jwebre@scottdoug.com
State Bar No. 21050060
S. Abraham Kuczaj III
akuczaj@scottdoug.com
State Bar No. 24046249
Paige A. Amstutz
pamstutz@scottdoug.com
State Bar No. 00796136
Steven J. Wingard
swingard@scottdoug.com
State Bar No. 00788694

303 Colorado, Suite 2400
Austin, TX 78701
*Counsel for Appellee/Cross-Appellant Lake Travis Transitional LTCH, LLC*

## CERTIFICATE OF CONFERENCE

I hereby certify that I have conferred with counsel for Appellees Brennan, Manna & Diamond LLC and Frank T. Sossi, and Appellees are ***unopposed*** to this Motion.

*/s/ Joy M. Soloway*

JOY M. SOLOWAY

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November 2015, Appellants served a copy of this motion by electronic service (via FileTime) upon the following counsel of record:

Mr. Robert Bragalone (bbragalone@gordonrees.com)
Mr. B. Ryan Fellman (rfellman@gordonrees.com**)**
Mr. Steven Lawson (slawson@gordonrees.com)
GORDON & REES LLP
2100 Ross Avenue, Suite 2800
Dallas, TX 75201
*Counsel for Appellees Brennan, Manna &*
*Diamond, LLC and Frank T. Sossi*

*/s/ Joy M. Soloway*
JOY M. SOLOWAY